UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Irineo Serio Moreno, | File No. 22-cv-908 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| United States of America, | |
| Respondent. | |

Magistrate Judge John F. Docherty issued a Report and Recommendation on May 6, 2022.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated:  May 31, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court